ORIGINAL

FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 15 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| BRENT MERRIELL | : | NO. 1 09-CR-547 |
| Defendant. | : | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
False Statements to FDIC
18 U.S.C. §1007

On or about October 5, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL, for the purpose of influencing in any way the action of the Federal Deposit Insurance Corporation (hereinafter "FDIC"), knowingly made and invited reliance upon materially false, forged and counterfeit statements, documents and things, that is, when seeking FDIC approval for the "short sale" of the below-listed 14 properties at amounts totaling over $2.2 million less than the outstanding Omni National Bank (hereinafter "Omni") loan balances on said properties, which mortgage loans were then held by the FDIC as receiver for Omni, defendant MERRIELL presented false and counterfeit Perlene Home Loans commitment letters and September 30, 2009 Residential Sales Contracts to the FDIC falsely representing that the named individuals had contracted to purchase said properties for the "short sale" amounts requested, and had loan commitments to fund their purchases, as follows:

| Property Address and Omni Borrower | Omni Loan Balance Payoff | Perlene Approved Buyer/ Borrower | Residential Sales Contract "Short Sale" Amount Request |
|---|---|---|---|
| 1315 Dorsey St<br>Atlanta, GA<br>BRENT MERRIELL | $157,343 | FBF | $25,000 |
| 95 Joseph E. Lowery<br>Atlanta, GA<br>BRENT MERRIELL | $183,844 | HW | $25,000 |
| 723 Cascade Rd<br>Atlanta, GA<br>FM (defendant's mother) | $210,545 | HW | $30,000 |
| 4945 Campbelton Rd<br>Atlanta, GA<br>FM (defendant's mother) | $205,003 | WF, Jr. | $30,000 |
| 829 Beckwith St<br>Atlanta, GA<br>DM (defendant's wife) | $207,745 | JP | $30,000 |
| 437 Collier Ridge<br>Atlanta, GA<br>DM (defendant's wife) | $151,811 | JP | $30,000 |
| 5960 Canaan Woods Dr<br>Atlanta, GA<br>TM (defendant's personal residence) | $308,841 | JD | $50,000 |
| 1162 Oakland Ln<br>Atlanta, GA<br>TM | $146,595 | JD | $25,000 |
| 361 Mary St<br>Atlanta, GA<br>RL | $156,940 | KW | $25,000 |
| 801 Erin Ave<br>Atlanta, GA<br>RL | $183,208 | KW | $30,000 |

| 1138 Oakland Ln<br>Atlanta, GA<br>GBD | $162,800 | FBF | $25,000 |
| --- | --- | --- | --- |
| 1154 Oakland Ln<br>Atlanta, GA<br>GBD | $169,077 | WF,Jr. | $25,000 |
| 566 Rockwell St<br>Atlanta, GA<br>DK | $192,465 | KS | $25,000 |
| 664 Clover St<br>Atlanta, GA<br>KK | $221,989 | KS | $30,000 |

All in violation of Title 18, United States Code, Section 1007.

## COUNT TWO
### False Statements to FDIC
### 18 U.S.C. §1007

1. On or about October 5, 2009, when the "short sale" requests submitted by defendant Brent Merriell, and charged in Count One herein, were denied by the FDIC due to questionable Perlene Home Loans commitment letters, defendant MERRIELL presented the below listed buyer/borrower names with Social Security Numbers (SSNS) and dates of birth to ShivMortgage on or about November 16, 2009, to obtain Pre-qualification Letters for a second "short sale" request to the FDIC.

2. On or about November 24, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL, for the purpose of influencing in any way the action of the FDIC, knowingly made and invited reliance upon materially false, forged and counterfeit statements, documents

3

and things, that is, when seeking FDIC approval for the "short sale" of the below-listed 14 properties at amounts totaling over $2.1 million less than the outstanding Omni loans balances on said properties, which mortgage loans were then held by the FDIC as receiver for Omni, defendant MERRIELL presented fraudulently obtained ShivMortgage Pre-qualification Letters and false and forged September 30, 2009 Residential Sales Contracts to the FDIC falsely representing that the named individuals had contracted to purchase said properties for the "short sale" amounts then requested, and were pre-qualified for loans to fund their purchases, as follows:

| Property Address and Omni Borrower | Omni Loan Balance Payoff | ShivMortgage Pre-qualified Buyer/ Borrower | Residential Sales Contract "Short Sale" Amt Request |
|---|---|---|---|
| 1315 Dorsey St Atlanta, GA BRENT MERRIELL | $158,892 | FBF | $25,000 |
| 95 Joseph E. Lowery Atlanta, GA BRENT MERRIELL | $185,621 | HW | $25,000 |
| 723 Cascade Rd Atlanta, GA FM (defendant's mother) | $212,645 | HW | $30,000 |
| 4945 Campbelton Rd Atlanta, GA FM (defendant's mother) | $207,978 | WF, Jr. | $30,000 |
| 829 Beckwith St Atlanta, GA DM (defendant's wife) | $209,827 | JP | $40,000 |

| | | | |
|---|---|---|---|
| 437 Collier Ridge Dr<br>Atlanta, GA<br>DM (defendant's wife) | $153,330 | JP | $30,000 |
| 5960 Canaan Woods Dr<br>Atlanta, GA<br>TM (defendant's personal residence) | $311,979 | JD | $150,000 |
| 1162 Oakland Ln<br>Atlanta, GA<br>TM | $148,005 | JD | $25,000 |
| 361 Mary St<br>Atlanta, GA<br>RL | $158,720 | KW | $25,000 |
| 801 Erin Ave<br>Atlanta, GA<br>RL | $185,290 | KW | $30,000 |
| 1138 Oakland Ln<br>Atlanta, GA<br>GBD | $165,135 | FBF | $25,000 |
| 1154 Oakland Ln<br>Atlanta, GA<br>GBD | $171,547 | WF, Jr. | $25,000 |
| 566 Rockwell St<br>Atlanta, GA<br>DK | $194,383 | KS | $25,000 |
| 664 Clover St<br>Atlanta, GA<br>KK | $214,067 | KS | $40,000 |

All in violation of Title 18, United States Code, Section 1007.

COUNT THREE
Aggravated Identity Theft
18 U.S.C. §1028A

1. The Grand Jury realleges and incorporates herein by reference Counts One and Two of this Indictment.

5

2. Between on or about September 30, 2009, and on or about November 24, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL knowingly possessed, transferred and used without lawful authority, a means of identification of another person, that is, the stolen name, social security number and date of birth of HW, during and in relation to the federal felony of making false statements to the FDIC, as set forth in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 1028A.

### COUNT FOUR
### Aggravated Identity Theft
### 18 U.S.C. §1028A

1. The Grand Jury realleges and incorporates herein by reference Counts One and Two of this Indictment.

2. Between on or about September 30, 2009, and on or about November 24, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL knowingly possessed, transferred and used without lawful authority, a means of identification of another person, that is, the stolen name, social security number and date of birth of WF,Jr., during and in relation to the federal felony of making false statements to the FDIC, as set forth in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 1028A.

COUNT FIVE
Aggravated Identity Theft
18 U.S.C. §1028A

1. The Grand Jury realleges and incorporates herein by reference Counts One and Two of this Indictment.

2. Between on or about September 30, 2009, and on or about November 24, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL knowingly possessed, transferred and used without lawful authority, a means of identification of another person, that is, the stolen name, social security number and date of birth of JD, during and in relation to the federal felony of making false statements to the FDIC, as set forth in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 1028A.

COUNT SIX
Aggravated Identity Theft
18 U.S.C. §1028A

1. The Grand Jury realleges and incorporates herein by reference Counts One and Two of this Indictment.

2. Between on or about September 30, 2009, and on or about November 24, 2009, in the Northern District of Georgia, defendant BRENT MERRIELL knowingly possessed, transferred and used without lawful authority, a means of identification of another person, that is, the stolen name, social security number and date of birth of KS, during and in relation to the federal felony of making false statements to the FDIC, as set forth in Counts One and Two of this

Indictment.

All in violation of Title 18, United States Code, Section 1028A.

A ____TRUE____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

/s/ Gale McKenzie
GALE MCKENZIE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 484900

/s/ Christopher Bly
CHRISTOPHER BLY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 06434

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
phone 404/581-6000
fax 404/581-6181